ERICA J. VAN LOON - State Bar No. 227712
evanloon@glaserweil.com
REX HWANG - State Bar No. 221079
rhwang@glaserweil.com
NICHOLAS E. HUSKINS - State Bar No. 299133
nhuskins@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

*Attorneys for Plaintiffs*
*British Broadcasting Corporation,*
*BBC Worldwide, Ltd., and*
*DWTS Productions, LLC fka*
*BBC Worldwide Productions, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRITISH BROADCASTING CORPORATION, a foreign corporation, BBC WORLDWIDE, LTD., a foreign limited company, and DWTS PRODUCTIONS, LLC *fka* BBC Worldwide Productions, LLC, a California limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT STANDER, an individual, and THE STANDER GROUP, INC., a California corporation, <br><br> Defendants. | CASE NO.: 2:16-cv-01935 <br><br> **COMPLAINT FOR:** <br> 1. **FEDERAL TRADEMARK INFRINGEMENT** <br> 2. **FEDERAL UNFAIR COMPETITION** <br> 3. **FEDERAL TRADEMARK DILUTION** <br> 4. **CALIFORNIA TRADEMARK DILUTION** <br> 5. **CALIFORNIA COMMON LAW UNFAIR COMPETITION** <br><br> **JURY TRIAL DEMANDED** |

Glaser Weil

COMPLAINT

1106702

1    Plaintiffs British Broadcasting Corporation ("BBC"), BBC Worldwide, Ltd.

2  ("BBC Worldwide"), and DWTS Productions, LLC *fka* BBC Worldwide Productions,

3  LLC ("DWTS Productions") (collectively, the "BBC Entities") submit the following

4  complaint against Defendants Scott Stander, and The Stander Group, Inc.

5  (collectively, "TSG") as follows:

6                                    **PARTIES**

7    1.    BBC is a foreign corporation, headquartered at the Broadcasting House,

8  Portland Place, London W1A 1AA, United Kingdom.

9    2.    BBC Worldwide is a foreign limited company, with its principal place of

10  business at Television Centre, 101 Wood Lane, London W12 7FA, United Kingdom.

11  It is also a wholly owned subsidiary of BBC.

12    3.    DWTS Productions is a California limited liability company with its

13  principal place of business at 10351 Santa Monica, Blvd., Ste. 250, Los Angeles,

14  California, 90025.

15    4.    The Stander Group, Inc. is a California corporation with its principal

16  place of business at 4533 Van Nuys Blvd., Ste. 401, Sherman Oaks, California,

17  91403.

18    5.    Scott Stander is a resident of the State of California, located at 13701

19  Riverside Dr., Ste. 201, Sherman Oaks, California, 92423 and/or 4533 Van Nuys

20  Blvd., Ste. 401, Sherman Oaks, California, 91403.  Scott Stander owns, supervises,

21  and/or controls the activities and operations of The Stander Group, Inc., and was

22  knowingly involved in and responsible for the actions alleged herein.

23                       **JURISDICTION AND VENUE**

24    6.    This complaint arises under the trademark laws of the United States, 15

25  U.S.C. § 1114 *et seq*, as well as the laws of the State of California.  This Court has

26  original jurisdiction over this action under 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331

27  and 1338.  This Court has supplemental jurisdiction over the California claims alleged

28  herein under 28 U.S.C. § 1367 because they are so closely related to the claims over

Glaser Weil

1   which the Court has original jurisdiction that they form part of the same case and
2   controversy and derive from a common nucleus of operative facts.

3       7.      Scott Stander and The Stander Group, Inc. reside in this judicial district
4   and are subject to personal jurisdiction in this district.  A substantial portion of the
5   events giving rise to this action occurred in this district.  Personal jurisdiction and
6   venue are therefore proper in this district pursuant to 28 U.S.C. § 1391.

7                              **FACTUAL ALLEGATIONS**
8   **Dancing With The Stars, And The Rights and Obligations Related Thereto**

9       8.      The BBC Entities own and produce the extremely popular television
10  program "Dancing with the Stars," ("DWTS"), which has continuously aired in the
11  United States since 2005.

12      9.      The DWTS show features celebrity contestants paired with professional
13  dancers that compete in a weekly dance contest as well as various group dance
14  numbers.  Each couple performs predetermined dances and competes against the
15  others for judges' points and audience votes.  The couple receiving the lowest
16  combined total of judges' points and audience votes is eliminated each week until
17  only the champion dance pair remains.

18      10.     Since its debut, the DWTS television show has ranked in the top ten of
19  the Nielsen Primetime Broadcast TV ratings every year.  The program has won
20  fourteen Primetime Emmy Awards, and has been nominated for another sixty-six.
21  The show airs in every major market in America, and either currently airs or has a
22  version airing in 46 countries around the world.

23      11.     In addition to the television program, the BBC Entities put on numerous
24  live DWTS shows which utilize the DWTS Marks (defined below) and feature DWTS
25  dancers and other celebrity dancers from the television show.  DWTS live shows have
26  occurred on an ongoing basis since the inception of the DWTS television show in
27  2005.  Since 2014, the BBC Entities have licensed DWTS and the DWTS Marks to
28  Faculty Productions LLC to develop *Dancing With the Stars: Live!*, a live touring

2
COMPLAINT

show featuring DWTS dancers and celebrities from the DWTS television show, in exchange for a portion of the net profits derived from the tour and related merchandising.  Under producer Guy Phillips of Faculty Productions, the *Dancing With the Stars: Live!* tour has generated substantial revenue since 2014.

12.     BBC holds common law and federally registered and incontestable trademark rights to the trademark DANCING WITH THE STARS for entertainment services, including shows, stage events, theatrical performances, concerts, and live performances (USPTO Reg. No. 3,749,844) ("DWTS Wordmark"), as well as common law trademark rights to the DWTS logo ("DWTS Logo") (collectively "DWTS Marks").  Due to the success and popularity of the DWTS television program and live shows, and the BBC Entities' continued and extensive marketing efforts, the DWTS Marks are widely recognized by the consuming public and are famous.

13.     The DWTS Marks are utilized in connection with both the television program and the live shows.  A representative advertisement for each demonstrating the use of the DWTS Wordmark and DWTS Logo is shown below.

| **DWTS Television Show Advertisement** | **DWTS Live Show Advertisement** |
|---|---|
|  |  |

### Dancing With The Movies, and TSG's Infringing Conduct

14.     TSG is the producer of a live performance stage show called "Dancing With The Movies," which features DWTS' dancers.  An example of TSG's promotional material for the "Dancing With The Movies" show is shown below.



15.     Upon information and belief, "Dancing With The Movies" has been performed on at least two occasions.  For example, per the website for Poway OnStage, http://www.powaycenter.com/245/Dancing-With-The-Movies, the venue hosted the "Dancing With The Movies" show on February 27, 2016.  In addition, tickets to the "Dancing With The Movies" February 28, 2016 show at the La Mirada Theatre For The Performing Arts in La Mirada, California were promoted and sold online at http://www.lamiradatheatre.com/dancing_with_the_movies.htm.  The aforementioned promotional page for each date prominently advertised the show as "[s]tarring 'Dancing With The Stars' celebrity pros."

16.     TSG has filed a trademark application with the United States Patent and Trademark Office ("USPTO") for the mark "Dancing With The Movies."  The goods and services listed on the application include "Entertainment event booking agencies; Entertainment services in the nature of live dance performances performances; Entertainment services in the nature of production of dance performances."  The application was filed on January 27, 2016, and the first use date is listed as being January 27, 2016.  The serial number for the application is 86888872.

17.     On February 18, 2016, the USPTO issued an office action relating to the "Dancing With The Movies" trademark application.  In that office action, the USPTO refused to register the "Dancing With The Movies" trademark based on a Section 2(d)

Glaser Weil

– Likelihood of Confusion Refusal.  Specifically, according to the USPTO, "[r]egistration for the applied-for mark is refused because of a likelihood of confusion with the mark in U.S. Registration No. 3749844."  U.S. Registration No. 3749844 is the registration for the DWTS Wordmark.

18.     TSG has and/or will infringe the DWTS Marks by advertising, marketing, and promoting its "Dancing With The Movies" show by using marks that are similar to the DWTS Marks without the consent of the BBC Entities, in a manner that is likely to cause confusion among ordinary consumers as to the source, sponsorship, affiliation, or approval of the "Dancing With The Movies" show, and to dilute the value of the DWTS Marks.  This includes the use of the marks "Dancing With The Movies" and all other similar variations that TSG has and/or may use in connection with its live dance shows.

19.     TSG is not licensed or authorized in any way to use the DWTS Marks. TSG's use of the "Dancing With The Movies" and any other similar marks is likely to deceive, confuse, and mislead the consuming public into thinking that TSG's shows are somehow sponsored, authorized, or affiliated with DWTS.  The likelihood of confusion, mistake, and deception engendered by TSG's infringement is causing/and or will cause irreparable harm to the goodwill symbolized by the DWTS Marks and the reputation for high quality that they embody.

20.     TSG has realized and/or will realize an unjustified benefit in the form of sales and profits from its falsely implied association or affiliation with DWTS.

21.     The BBC Entities have notified TSG of its infringing conduct, but despite this notice, TSG's violations of the BBC Entities' rights have continued.

22.     TSG's infringement of the DWTS Marks was done willfully, knowingly, and with the intent of causing confusion and mistake and deceiving the public.

**FIRST CLAIM FOR RELIEF**

**(Trademark Infringement in Violation of 15 U.S.C. § 1114 *et seq.*)**

23.     BBC realleges and incorporates by reference each and every allegation contained in the above paragraphs as if fully set forth herein.

24.     BBC holds common law and federally registered and incontestable trademark rights to the DWTS Wordmark for entertainment services, including shows, stage events, theatrical performances, concerts, and live performances (USPTO Reg. No. 3,749,844), as well as common law trademark rights to the DWTS Logo.

25.     TSG has infringed, and is still infringing, the DWTS Marks by advertising, marketing, and promoting its shows using the DWTS Marks and/or similar marks without the consent of the BBC Entities, in a manner that is likely to cause confusion among ordinary consumers as to the source, sponsorship, affiliation, or approval of TSG's shows.

26.     TSG's actions have caused and, unless enjoined by this Court, will continue to cause a likelihood of confusion and deception of members of the public, and additional injury to the goodwill and reputation symbolized by the DWTS Marks, for which there is no adequate remedy at law.

27.     TSG's actions demonstrate an intentional, willful, and malicious intent to trade on the goodwill associated with the DWTS Marks.

28.     TSG's actions have caused and are likely to continue causing substantial injury to the public and to BBC, and BBC is entitled to injunctive relief and to recover TSG's profits, actual damages, enhanced profits and damages, costs and reasonable attorneys' fees under 15 U.S.C. §§ 1114, 1116, and 1117.

1106702

**Glaser Weil**

## SECOND CLAIM FOR RELIEF

### (Federal Unfair Competition and False Designation of Origin in Violation of 15 U.S.C. § 1125)

29.     BBC realleges and incorporates by reference each and every allegation contained in the above paragraphs as if fully set forth herein.

30.     BBC holds common law trademark rights to the DWTS Marks, as used to identify, market, advertise and promote its highly popular television and live shows.

31.     TSG has infringed, and is still infringing, the DWTS Marks by advertising, marketing, and promoting its shows using the DWTS Marks and/or similar marks without the consent of the BBC Entities, in a manner that is likely to cause confusion among ordinary consumers as to the source, sponsorship, affiliation, or approval of TSG's shows.

32.     TSG's actions have caused and, unless enjoined by this Court, will continue to cause a likelihood of confusion and deception of members of the public, and additional injury to the goodwill and reputation symbolized by the DWTS Marks, for which there is no adequate remedy at law.

33.     TSG's actions demonstrate an intentional, willful, and malicious intent to trade on the goodwill associated with the DWTS Marks.

34.     TSG's actions have caused and are likely to continue causing substantial injury to the public and to BBC, and BBC is entitled to injunctive relief and to recover TSG's profits, actual damages, enhanced profits and damages, costs and reasonable attorneys' fees under 15 U.S.C. §§ 1125(a), 1116, and 1117.

## THIRD CLAIM FOR RELIEF

### (Federal Trademark Dilution in Violation of 15 U.S.C. § 1125(c))

35.     BBC realleges and incorporates by reference each and every allegation contained in the above paragraphs as if fully set forth herein.

36.     The DWTS Marks are "famous" within the meaning of the Lanham Act.

1106702

Glaser Weil

37.     TSG's wrongful actions, as alleged above, have diluted and will likely continue to dilute the unique and distinctive nature of the DWTS Marks, and have harmed the reputation and goodwill of the DWTS Marks.  Such actions began after the DWTS Marks had already become famous.

38.     TSG acted knowingly, deliberately, and willfully with the intent to trade on the recognition, harm the reputation, and dilute the value of the DWTS Marks.

39.     BBC has no adequate remedy at law to compensate for the damages that TSG has caused and will continue to be caused, unless enjoined by this Court.

40.     TSG's actions have caused and are likely to continue causing substantial injury to the public and to BBC, and BBC is entitled to injunctive relief and to recover TSG's profits, actual damages, enhanced profits and damages, costs and reasonable attorneys' fees under 15 U.S.C. §§ 1125(c), 1116, and 1117.

### FOURTH CLAIM FOR RELIEF

### (Trademark Dilution in Violation of California Law)

41.     BBC realleges and incorporates by reference each and every allegation contained in the above paragraphs as if fully set forth herein.

42.     The DWTS Marks are distinctive, strong, and widely known throughout the State of California and nationwide by virtue of BBC's extensive use of the DWTS Marks in advertising and widespread publicity of the DWTS television and live shows.

43.     TSG's wrongful actions, as alleged above, have diluted and will likely continue to dilute the unique and distinctive nature of the DWTS Marks, and have harmed the reputation and goodwill of the DWTS Marks.  Such actions began after the DWTS Marks had already become famous.

44.     TSG acted knowingly, deliberately, and willfully with the intent to trade on the recognition, harm the reputation, and dilute the value of the DWTS Marks. TSG's actions were done with oppression, fraud, or malice, thus warranting an award of punitive damages sufficient to punish and make an example of TSG.

45.    BBC has no adequate remedy at law to compensate for the damages that TSG has caused and will continue to be caused, unless enjoined by this Court.

46.    BBC is entitled to injunctive relief, and recovery of up to three times TSG's profits from, and up to three times all damages suffered by reason of, TSG's wrongful use of the DWTS Marks.

### FIFTH CLAIM FOR RELIEF

**(California Common Law Unfair Competition)**

47.    The BBC Entities reallege and incorporate by reference each and every allegation contained in the above paragraphs as if fully set forth herein.

48.    TSG intentionally incorporated distinctive and protected elements from the DWTS Marks into its advertising and promotions of TSG's shows to purposefully trade off the goodwill and reputation of DWTS and to confuse and deceive consumers by creating the false and misleading impression that TSG's shows are endorsed, sponsored, approved, licensed, or affiliated with the DWTS show.

49.    TSG's conduct infringes the DWTS Marks and constitutes common law unfair competition, which has damaged and will continue to irreparably damage the goodwill and reputation associated with the DWTS Marks, unless enjoined by this Court.

50.    The BBC Entities have suffered and continue to suffer direct and actual damages as a result of TSG's wrongful and infringing conduct, including but not limited to lost sales and business opportunities, and damage to the reputation and goodwill of the DWTS Marks.  The BBC Entities are entitled to recover their actual damages, as well as disgorgement of TSG's profits generated from the promotion, distribution, and sale of tickets to its shows.

51.    Because TSG's conduct alleged herein was intentional, oppressive, malicious, fraudulent, and in willful disregard of the BBC Entities' rights, the BBC Entities are also entitled to recover punitive and exemplary damages.

1106702

**PRAYER FOR RELIEF**

WHEREFORE, the BBC Entities respectfully request:

1.      That the Court enjoin TSG, its successors, assigns, subsidiaries, transferees, officers, directors, agents, employees, and all those acting in concert with it, as follows:

      a.      From using the mark "Dancing With The Movies" and any other similar marks likely to deceive, confuse, and mislead the consuming public into believing that TSG's shows are sponsored, authorized, or affiliated with DWTS, in connection with TSG's live dance shows.

      b.      From marketing, promoting, or advertising TSG's live dance shows in any manner that implies it is authorized, sponsored, licensed, or affiliated with the DWTS show, including, without limitation, using the DWTS Marks or similar marks, or depicting the title of TSG's shows in the same or similar color, font, or design as the DWTS Logo; and

      c.      From continuing to prosecute the trademark application for the "Dancing With The Movies" mark having the serial number 86888872;

2.      That the BBC Entities be awarded compensatory damages under California law in an amount adequate to compensate the BBC Entities for the harm caused by TSG, and to prevent the unjust enrichment of TSG;

3.      That the BBC Entities be awarded punitive damages under California law in such amount that is deemed proper to punish and deter TSG and others from similar conduct;

4.      That the Court find TSG's acts of trademark infringement, unfair competition and dilution under the Lanham Act to be knowing and willful, and an exceptional case within the meaning of 15 U.S.C. § 1117;

5.      That the BBC Entities be awarded TSG's profits and any damages suffered by the BBC Entities as a result of TSG's unlawful and infringing and diluting

1106702

1  conduct, enhanced up to three times the actual amount, under Federal and California

2  law; and

3       6.     That the BBC Entities be awarded their reasonable costs and attorneys'

4  fees, and such other and further relief as the Court deems just and proper.

5  DATED:  March 21, 2016          GLASER WEIL FINK
                                    HOWARD AVCHEN & SHAPIRO LLP
6

7                                   By:  /s/ Erica J. Van Loon

8                                        ERICA J. VAN LOON
                                         REX HWANG
9                                        NICHOLAS E. HUSKINS

10                                       *Attorneys for Plaintiffs*
                                         *British Broadcasting Corporation,*
11                                       *BBC Worldwide, Ltd., and*
                                         *DWTS Productions, LLC fka*
12                                       *BBC Worldwide Productions, LLC*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1106702

## DEMAND FOR JURY TRIAL

The BBC Entities respectfully request a jury trial on all issues triable by a jury.

DATED:  March 21, 2016

GLASER WEIL FINK
   HOWARD AVCHEN & SHAPIRO LLP


By:  */s/ Erica J. Van Loon*

ERICA J. VAN LOON
REX HWANG
NICHOLAS E. HUSKINS
*Attorneys for Plaintiffs*
*British Broadcasting Corporation,*
*BBC Worldwide, Ltd., and*
*DWTS Productions, LLC fka*
*BBC Worldwide Productions, LLC*

1106702