JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITISH BROADCASTING CORPORATION, <u>et al.</u>,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SCOTT STANDER & ASSOCIATES, INC., <u>et al.</u>,<br><br>　　　　　Defendants. | Case No. CV 16-1935 FMO (Ex)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

　　　　Pursuant to the Magistrate Judge's Order of March 29, 2017, indicating that the above-captioned action has been settled, IT IS ORDERED that the instant action is hereby **dismissed without costs and without prejudice to the right, upon good cause shown within 60 days from the filing date of this Order,** to re-open the action if settlement is not consummated.  The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. Dated this 31st day of March, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　　　United States District Judge