ERICA J. VAN LOON - State Bar No. 227712
evanloon@glaserweil.com
REX HWANG - State Bar No. 221079
rhwang@glaserweil.com
NICHOLAS E. HUSKINS - State Bar No. 299133
nhuskins@glaserweil.com
BRITTANY ELIAS – State Bar No. 305922
belias@glaserweil.com
GLASER WEIL FINK
  HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 282-6250
Facsimile:   (310) 785-3550

*Attorneys for Plaintiffs*
*British Broadcasting Corporation,*
*BBC Worldwide, Ltd., and*
*DWTS Productions, LLC fka*
*BBC Worldwide Productions, LLC*

FILED
CLERK, U.S. DISTRICT COURT

JUNE 27 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: _____vdr_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRITISH BROADCASTING CORPORATION, a foreign corporation, BBC WORLDWIDE, LTD., a foreign limited company, and DWTS PRODUCTIONS, LLC *fka* BBC Worldwide Productions, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT STANDER, THE STANDER GROUP, INC., a California corporation, and SCOTT STANDER & ASSOCIATES, INC., a California corporation,<br><br>Defendants. | Case No.: CV 16−1935 FMO (Ex)<br><br>[~~PROPOSED~~] CONSENT JUDGMENT AND PERMANENT INJUNCTION |

Plaintiffs British Broadcasting Corporation, BBC Worldwide, Ltd. (collectively, the "BBC"), and DWTS Productions, LLC *aka* Lime Grove Productions, LLC *fka* BBC Worldwide Productions, LLC ("DWTS Productions") (all plaintiffs collectively, the "BBC Entities") on the one hand, and Defendants Scott Stander & Associates, Inc., Scott Stander, and The Stander Group, Inc. (collectively, "SS&A") on the other (each a "Party," and collectively the "Parties"), having consented to this judgment and the terms of the permanent injunction set forth below, this Court hereby finds as follows:

1.      This case arises under the laws of the United States, specifically the trademark laws of the United States, 15 U.S.C. § 1114.  This Court has original jurisdiction over this action under 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338. This Court has supplemental jurisdiction under 28 U.S.C. § 1367 because the claims are so related as to form part of the same case or controversy.

2.      Scott Stander & Associates, Inc., Scott Stander, and The Stander Group, Inc. reside in this judicial district and are subject to personal jurisdiction in this district.  A substantial portion of the events giving rise to this action occurred in this district.  Personal jurisdiction and venue are therefore proper in this district pursuant to 28 U.S.C. § 1391.

3.      The BBC owns and produces the extremely popular television program "Dancing With The Stars" ("DWTS"), which has continuously aired in the United States since 2005.  The DWTS show features celebrity contestants paired with professional dancers that compete in a weekly dance contest.  Each couple performs predetermined dances and competes against the others for the judges' points and audience votes.  The couple receiving the lowest combined total of judges' points and audience votes is eliminated each week until only the champion dance pair remains.

4.      The BBC owns intellectual property rights related to DWTS, including common law and federally incontestable registered trademark rights to the trademark DANCING WITH THE STARS for entertainment services, including shows, stage events, theatrical performances, concerts, and live performances (United States Patent

[PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION

966865

and Trademark Office ("USPTO") Reg. No. 3,749,844) (the "DWTS Wordmark"). The BBC also owns common law trademark rights to the current iteration of the DWTS logo (the "DWTS Logo"), as a result of consistent use of the mark in commerce in connection with the promotion, marketing, and advertisement of the DWTS television and live touring shows since as early as March 2010. The DWTS Wordmark and DWTS Logo (collectively, the "DWTS Marks") are widely recognized by the consuming public and are famous.

5.    SS&A is the producer of various live performance stage shows which feature DWTS dancers performing live dances. Such shows include "Ballroom With A Twist," "Ballroom With A Twist-Mas!," "Dancing With A Twist," "Dancing With A Twist-Mas," "Dancing With The Movies," and "Dance To The Movies" (collectively, "SS&A's Live Shows"). SS&A's Shows are performed at theaters across the nation, and tickets are promoted and sold on numerous theater websites, as well as online ticket retailers such as TicketMaster.com.

6.    The Parties' have agreed to settle this dispute and have entered into a binding Confidential Settlement Agreement ("Settlement Agreement"). And consistent with the terms of the Parties' Settlement Agreement, SS&A consents to entry of judgment in the above-captioned case and entry of the following permanent injunction order against it.

7.    The parties waive the entry of findings of fact and conclusions of law under Rules 52 and 65 of the Federal Rules of Civil Procedure.

8.    The permanent injunction order will be entered under Federal Rule of Civil Procedure 65 and will constitute the final judgment in this matter. SS&A waives the right to appeal from this judgment and will bear its respective costs, including any attorney's fees or other expenses of this litigation.

9.    This Court should retain jurisdiction over this matter for the purpose of implementing and enforcing the permanent injunction order. If SS&A violates the

966865

permanent injunction order, it may be subject to civil and criminal sanctions for contempt of court.

In accordance with the Parties' Settlement Agreement, the parties hereto stipulate and agree to this consent judgment and to the entry of a permanent injunction against SS&A in the form set forth below.

It is hereby ORDERED, ADJUDGED, and DECREED that:

1. <u>The DWTS Marks Are Valid And Enforceable</u>. The DWTS Marks are famous, valid, and enforceable.

2. <u>Permanent Injunction Against SS&A</u>. SS&A, and all of its agents, employees, representatives, customers, successors, assigns, attorneys, and all other persons acting for, with, by, through, or under authority from SS&A, or in concert or participation with SS&A, shall **immediately and permanently cease and refrain** from:

    a. Directly or indirectly, infringing the DWTS Marks in any manner, including using the DWTS Marks, or any similar variations thereof. SS&A may use the phrase "Dancing With The Stars" as a factual or descriptive reference to its dancers or other talent, but only in the limited manner described in Section A(2)(d) of the Parties' Settlement Agreement;

    b. Marketing, advertising, or promoting any of the SS&A Live Shows, or any other live dance show produced by SS&A in any media platform, in any manner that implies any association, affiliation, authorization, or sponsorship by DWTS or the BBC Entities, including, without limitation, using the DWTS Logo or a confusingly similar version thereof, or describing any SS&A Live Show as a "spinoff" of, or "from" the DWTS show.

    c. Creating, making, designing, displaying, disseminating, posting, adopting, endorsing, or otherwise using any and all marketing,

[PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION

966865

advertising, or promotional materials in a manner that is inconsistent with the restrictions and limitations set forth in the Parties' Settlement Agreement;

d. Use of all marketing, advertising, or other promotional material already created that violates the sections above. To the extent third parties (such as show venues) have already ordered, paid for, or displayed any marketing, advertising, or other promotional material for an upcoming SS&A Live Show that violates the sections above, SS&A shall cancel any such orders and inform these third parties that such materials must be immediately removed and destroyed. SS&A is free to provide replacement materials that do not infringe on the BBC Entities' intellectual property or otherwise violate the sections above;

3. Payment Of Settlement Sum. SS&A shall pay the BBC Entities the agreed upon sum by the date set forth in the Settlement Agreement.

4. Service. Service may be made upon the Parties by registered mail or overnight delivery service (acceptance signature required) addressed as follows:

To SS&A: Through Counsel for SS&A, Peter J. Babos, Law Offices of Peter Babos, 3731 Wilshire Blvd, Suite 940, Los Angeles, California, 90010.

To the BBC Entities: Through counsel for the BBC Entities, Erica J. Van Loon, Glaser Weil Fink Howard Avchen & Shapiro LLP, 10250 Constellation Blvd., 19th Floor, Los Angeles, California 90067.

A copy of this Consent Judgment and Permanent Injunction shall be deemed sufficient notice under Federal Rule of Civil Procedure 65.

4. Dispute Resolution. Any dispute concerning the interpretation or enforcement of the terms of the Settlement Agreement or this Consent Judgment and Permanent Injunction shall first be addressed by written notice to the other party followed by a formal meet and confer between counsel for both Parties an attempting

[PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION

966865

to resolve the dispute.  If resolution cannot be accomplished between counsel, the Parties further agree to then submit the matter to formal mediation before ADR Services, Inc., in Los Angeles, California.  The Parties shall mutually cooperate to select the ADR Services mediator, and the cost of the mediation shall be shared equally by both sides of the dispute.  If the Parties are unable to resolve the dispute at mediation, the dispute may then be submitted by either party to binding arbitration before the Judicial Arbitration and Mediation Services ("JAMS") in Los Angeles, California.  In the event of an arbitration, the Parties shall mutually cooperate to select a JAMS arbitrator.  Any arbitration will be conducted in accordance with the then current JAMS Comprehensive Arbitration Rules.  Nothing herein is intended to waive the provision of California law pertaining to arbitration, including without limitation California Civil Procedures Code § 1283.05(A).

6.    Entry of Judgment.  The Court expressly determines that there is no just reason for delay in entering this Consent Judgment and Permanent Injunction pursuant to Federal Rule of Civil Procedure 54(a), and the Court enters this Consent Judgment and Permanent Injunction against SS&A.

///

///

///

///

///

///

///

///

///

///

///

///

///

[PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION

966865

**STIPULATED AND CONSENTED TO BY:**

DATED: June 23, 2017          British Broadcasting Corporation

                              By: _____

                              Name: ALEXIS HAWKES

                              Title: HEAD OF IP LEGAL.

DATED: _____, 2017        BBC Worldwide, Ltd.

                              By: _____

                              Name: _____

                              Title: _____

DATED: _____, 2017        DWTS Productions, LLC *aka* Lime Grove
                              Productions, LLC *fka* BBC Worldwide
                              Productions, LLC

                              By: _____

                              Name: _____

                              Title: _____

DATED: June 4th, 2017         Scott Stander & Associates, Inc. " Suspenses/Defunct
                                                               corporation "

                              By: _____ "Former President

                              Name: Scott Stander

                              Title: Former President

Glaser Weil

966865

**STIPULATED AND CONSENTED TO BY:**

DATED: _____, 2017     British Broadcasting Corporation

By: _____

Name: _____

Title: _____

DATED: June 23 2017     BBC Worldwide, Ltd.

By: _____

Name: D. Hamer

Title: Head of Brand Protection

DATED: JUNE 23, 2017     DWTS Productions, LLC *aka* Lime Grove Productions, LLC *fka* BBC Worldwide Productions, LLC

By: _____

Name: Vernon G. Chu
General Counsel

Title: _____

DATED: June 4th, 2017     Scott Stander & Associates, Inc. " Suspensco/Defunct Corporation "

By: _____ " Former President

Name: Scott Stander

Title: Former President

6

Glaser Weil

966865

DATED: June 4, 2017

Scott Stander

By: _____

Name: ___Scott Stander___

Title: _____

DATED: June 4, 2017

The Stander Group, Inc.

By: _____

Name: ___Scott Stander___

Title: ___President___

**IT IS SO ORDERED, ADJUDGED AND DECREED:**

DATED: ___June 27, 2017___

By:___/s/ Fernando M. Olguin_____
The Honorable Fernando M. Olguin
United States District Judge